UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

vs.                                        Case No. 6:11-cv-01976

BIG LOTS STORES, INC., an Ohio Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, Access 4 All, Inc. and Joe Houston, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.    The Plaintiffs request that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a stipulated form of Final Order or Judgment, or, on good cause shown, to re-open the case for further proceedings.

Respectfully Submitted,

**/s/John P. Fuller**
John P. Fuller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th** day of **August, 2012**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. I further certify that a true and correct copy of the foregoing was sent via the Court's CM/ECF System, to counsel for the Defendant: Cheryy Wilke, Esq., cwilke@hinshawlaw.com, and Julie Schwartz-Karron, Esq.,

Access 4 All, Inc., et al.
v. Big Lots Stores, Inc.
Case No: 6:11-cv-01976

Jschwartz@hinshawlaw.com, Hinshaw & Culbertson, LLP, One East Broward Boulevard, Suite 1010, Fort Lauderdale, FL 33301.

      Respectfully submitted,

      **/s/John P. Fuller**
      John P. Fuller, Esq.
      Fla. Bar No.0276847
      Fuller, Fuller & Associates, P.A.
      12000 Biscayne Blvd., Suite 609
      North Miami, FL 33181
      Telephone: (305) 891-5199
      Facsimile: (305) 893-9505
      jpf@fullerfuller.com
      *Attorneys for the Plaintiffs*