# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ACCESS 4 ALL, INC. and JOE HOUSTON,**

        Plaintiffs,

v.                                             Case No: 6:11-cv-1976-Orl-22KRS

**BIG LOTS STORES, INC.,**

        Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiffs that the above-styled action has been completely settled (Doc. No. 32). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within thirty (30) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 17, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record